IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. No. 10-CV-60037 -COHN/SELTZER

LINDA GEORGIAN and INTERACTIVE
INFORMATION NETWORKS, LLC,

          Plaintiffs,

vs.

THE ZODIAC GROUP, INC., DAVID FELGER,
DANIEL FELGER, and MATTHEW PEREZ,

          Defendants.
_____/

**AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      This Cause, having come before the Court, upon the parties joint announcement in open court of dismissal with prejudice of all remaining claims and dismissal of the Defendants' prevailing party claims, and the Court being advised of the agreement among the parties, and otherwise being fully advised by the parties, the parties agree that this cause is dismissed with prejudice. The parties shall bear their own fees and costs.

| | |
|---|---|
| GRUMER & MACALUSO, P.A.<br>Attorneys for DEFENDANTS<br>One East Broward Blvd., Suite 1501<br>Ft. Lauderdale, Florida 33301<br>(954) 713-2700 (Broward)<br>(954) 713-2713 (Fax)<br>E-mail: kgrumer@grumerlaw.com<br><br>By: /s/ Keith T. Grumer<br>     KEITH T. GRUMER<br>     FLORIDA BAR No. 504416 | DENNER PELLEGRINO, LLP<br>Attorneys for PLAINTIFF<br>4 Longfellow Place, 35th Floor<br>Boston, MA 02114<br>(617) 227-2800<br>(617) 973-1562 (Fax)<br>Email: pandrews@dennerpellegrino.com<br><br>By: /s/ Paul J. Andrews<br>     PAUL J. ANDREWS<br>     MASS. BAR No. 558574 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or vial U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Keith T. Grumer